# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Liceaga v. JetSmarter, Inc.   Case Number: 1:19-CV-107

An appearance is hereby filed by the undersigned as attorney for:

Defendant - JetSmarter, Inc.

Attorney name (type or print): Daniel E. Feinberg

Firm: Gordon Rees Scully Mansukhani LLP

Street address: One North Franklin Street, Suite 800

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6269724   Telephone Number: 312-565-1400
(See item 3 in instructions)

Email Address: dfeinberg@grsm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel" are you
☐ Federal Defender
☐ CJA Panel Attorney

_____ ___

In order to appear before this $ourt an attorney must either be a member in good standing of this $ourt's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 &.%$ #§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 7, 2019

Attorney signature:   S/ Daniel E. Feinberg
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD LICEAGA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | Removal of Case No. 2018L13127 |
| | ) | From the Circuit Court of Cook County, |
| JETSMARTER, INC., | ) | Illinois |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

**To:** *Attorney for Plaintiff*
Cervantes Chatt & Prince P.C.
16w343 83rd St. Ste A
Burr Ridge, IL 60527
Email: service@ccpchicago.com

I hereby certify that on January 7, 2019, I electronically filed the foregoing document with the U.S. District Court, Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all parties of record.

Dated: January 7, 2019                           Respectfully submitted,

By: /s/ *Daniel E. Feinberg*_____
Daniel E. Feinberg, Esq.
Illinois State Bar No. 6269724
**GORDON REES SCULLY MANSUKHANI, LLP**
One North Franklin, Suite 800
Chicago, Illinois 60606
Phone: (312) 565-1400
dfeinberg@grsm.com