IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD LICEAGA, ANTHONY BRUMMEL, and DELPHINE PONTVIEUX )<br><br>Plaintiffs,<br>v.<br><br>JETSMARTER AND SERGEY PETROSSOV<br><br>Defendant | ) <br>) 1:19-cv-00107<br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

## MOTION TO DISMISS WITH PREJUDICE

NOW COMES PLAINTIFFS, Edward Liceaga, ANTHONY BRUMMEL, and DELPHINE PONTVIEUX, by and through their attorneys Cervantes Chatt and Prince P.C., stating as follows:

Pursuant to an order of the Eleventh Circuit Court of Miami-Dade County, Plaintiffs hereby dismiss their suit as to all Defendants with Prejudice.

WHEREFORE, Plaintiff Edward Liceaga respectfully requests this Court enter and order dismissing this matter with prejudice, and for any other relief this Court deems just.

***Cervantes Chatt & Prince P.C.***
Attorney's for Plaintiff
16w343 83rd St Ste A
Burr Ridge, IL 60527
630.326.4930
service@ccpchicago.com
ARDC#6291467

_____
Attorney For Plaintiff